TIMOTHY COURCHAINE
United States Attorney
District of Arizona
ADAM D. ROSSI
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: adam.rossi2@usdoj.gov
Attorneys for Plaintiff

FILED
2025 APR 16 PM 2:18
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR25-01891 TUC-RM(MAA)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

David Alfredo Valencia, Jr.,

Defendant.

I N D I C T M E N T

Violations:

18 U.S.C. § 554(a)
(Attempted Smuggling of Goods from the United States)
(Count One)

18 U.S.C. § 924(k)(2)(B)
(Attempted Smuggling Goods from the United States with Intent to Commit a Felony)
(Count Two)

18 U.S.C. § 933(a)(2) and (b)
(Felony Receipt of a Firearm)
(Count Three)

**THE GRAND JURY CHARGES:**

<u>**COUNT ONE**</u>

On or about September 9, 2024, in the District of Arizona, the defendant, DAVID ALFREDO VALENCIA, JR., did knowingly and fraudulently attempt to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: one (1) Glock, model 17, 9mm pistol, and two (2) firearm magazines; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title

50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738; in violation of Title 18, United States Code, Section 554(a).

### COUNT TWO

On or about September 9, 2024, in the District of Arizona, the defendant, DAVID ALFREDO VALENCIA, JR., did knowingly attempt to smuggle or take out of the United States a firearm, that is, one (1) Glock, model 17, 9mm pistol, with intent to engage in or to promote conduct that constitutes a felony, to wit: Title 18, United States Code, Sections 554(a), Smuggling of Goods from the United States.

All in violation of Title 18, United States Code, Section 924(k)(2)(B).

### COUNT THREE

On or about September 9, 2024, in the District of Arizona, the defendant, DAVID ALFREDO VALENCIA, JR., did receive from another person, in or otherwise affecting interstate or foreign commerce, one (1) Glock, model 17, 9mm pistol, knowing or having reasonable cause to believe that such receipt would constitute a felony, in violation of Title 18, United States Code, Section 933(a)(2) and (b).

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Dated: April 16, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/S/

ADAM D. ROSSI
Assistant U.S. Attorney

*United States of America v. David Alfredo Valencia, Jr.*
Indictment Page 2 of 2